UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

| | |
|---|---|
| IN RE: REQUEST FOR JUDICIAL ASSISTANCE FROM THE COURT OF FIRST INSTANCE IN GENEVA, SWITZERLAND IN THE MATTER OF CHARLOTTE BOUVIER D'YVOIRE V. OLIVER BOUVIER D'YVOIRE | CASE NO. |

## APPLICATION FOR ORDER PURSUANT TO 28 U.S.C. § 1782(a)

The United States of America, by and through counsel, petitions this Court for an Order pursuant to 28 U.S.C. § 1782(a), appointing Katerina Ossenova, Senior Trial Counsel at the U.S. Department of Justice, Civil Division, Office of Foreign Litigation, Commissioner for the purpose of obtaining bank records from (1) E*Trade and (2) UBS. Certain information has been requested by the Court of First Instance in Geneva, Switzerland ("Swiss Court"), pursuant to a Letter of Request issued by the Swiss Court in connection with a civil judicial proceeding captioned *Charlotte Bouvier D'Yvoire v. Oliver Bouvier D'Yvoire*, Foreign Reference Number C/29866/2017.

The grounds for this Application are more fully articulated in the Memorandum of Law that has been simultaneously filed with the Application. A proposed Order is also provided for the convenience of the Court.

Dated: June 6, 2022                                Respectfully submitted,

PHILIP R. SELLINGER
United States Attorney

BRIAN BOYNTON
Principal Deputy Assistant Attorney General
Civil Division, United States Department of Justice

JEANNE E. DAVIDSON
Director, Office of International Judicial Assistance
Civil Division, United States Department of Justice

By:    /s/ Katerina Ossenova
KATERINA OSSENOVA
Senior Trial Counsel
United States Department of Justice, Civil Division
Office of Foreign Litigation
Office of International Judicial Assistance
1100 L Street, NW
Room 8102
Washington, DC 20530
Telephone: 202-353-0194
Email: Katerina.V.Ossenova@usdoj.gov