# EXHIBIT A



République et canton de Genève
**POUVOIR JUDICIAIRE**
Tribunal civil

Genève, date du timbre postal

C/29866/2017 20 PSDF

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
CH - 1211 GENEVE 3

R  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
R P371 59375 5 CH
LA POSTE
Please scan - Signature required
Veuillez scanner - Remise contre signature

A-PRIORITY
Avis de réception

U.S. DEPARTMENT OF JUSTICE -
CIVIL DIVISION
Office Internat. Judic. Assist.
1100 L Street, NW, Room 8102
20005 Washington D.C.
ÉTATS-UNIS

Réf : **C/29866/2017** 20 PSDF
ORTPI/299/2022
à rappeler lors de toute communication

MAI - 2

CIV-189-30-22-3



Republic and Canton of Geneva
**JUDICIAL AUTHORITIES**
Civil Court

Geneva, postmark date

C/29866/2017 20 PSDF

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
CH - 1211 GENEVE 3
SWITZERLAND



R P371 59374 7 CH
Please scan - Signature required
Veuillez scanner - Remise contre signature

A-PRIORITY
Avis de réception

U.S. DEPARTMENT OF JUSTICE -
CIVIL DIVISION
Office Internat. Judic. Assist.
1100 L Street, NW, Room 8102
20005 Washington D.C.
ÉTATS-UNIS

Ref.: **C/29866/2017** 20 PSDF
ORTPI/299/2022
This code should be referred to in all communications

## LETTERS ROGATORY FOR THE PRODUCTION
## OF DOCUMENTS BY THIRD PARTIES IN CIVIL PROCEEDINGS

Re:   Proceedings between Charlotte BOUVIER D'YVOIRE and Olivier BOUVIER D'YVOIRE

Madam Director,

In the interest of the smooth conduct of the above-mentioned proceedings, we should be grateful if you would perform the following acts of legal assistance:

1. Production by E-TRADE, PO BOX 484, Jersey City, New Jersey 07303-0484, USA, of the bank statements for <u>account No. 6284-</u>▇▇▇ covering the period from <u>31st December 2018 to 31st December 2020</u> in the name of Olivier BOUVIER D'YVOIRE.

2. Production by CLOUDSIGHT, 5455 Willshire Blvd, suite 1111, Los Angeles, California 90036, USA, of the documents showing the status and profitability in <u>2019</u> and <u>2020</u> of the investments in the name of Olivier BOUVIER D'YVOIRE.

3. Production by QUORUM FEDERAL CREDIT UNION, 2500, Westchester Ave, suite 411, Purchase, New York 10577, USA, of the bank statements for <u>account No. 14705</u>▇▇▇ covering the period from <u>1st January 2019 to 31st December 2020</u> in the name of Olivier BOUVIER D'YVOIRE.

4. Production by UBS NY, 709, Westchester Ave, 4th floor, White Plains, New York 10604-31-03, USA, of the bank statements for <u>accounts No. WP B2</u>▇▇ and <u>No. WP 200</u>▇▇ covering the period from <u>31st December 2018 to 31st December 2020</u> in the name of Olivier BOUVIER D'YVOIRE.

*Certified and complete translation by / Traduction certifiée conforme et complète effectuée par S-M. Sadeghi:* ......... [signature]

We thank you in advance for your valuable cooperation in this matter, and remain

Yours faithfully,

Sandra PITICCHIO
Court Registrar

Encl.: Order for letters rogatory dated 14 March 2022

Certified and complete translation by / Traduction certifiée conforme et complète effectuée par S-M. Sadeghi:



**Republic and Canton of Geneva**
**JUDICIAL AUTHORITIES**
**Civil Court**

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
CH - 1211 GENEVE 3
SWITZERLAND

C/29866/2017 20 PSDF

Ref.: **C/29866/2017** 20 PSDF
This code should be referred to in all communications

## ORDER FOR LETTERS ROGATORY N°ORTPI/299/2022
### dated 14 March 2022

| **Applicant** | **Defendant** |
|---|---|
| Mrs BOUVIER D'YVOIRE Charlotte | Mr. BOUVIER D'YVOIRE Olivier |
| c/o Mrs BERGER Marie, Lawyer | c/o Mrs PIZZI Anik, Lawyer |
| BRS Berger Recordon & de Saugy | AVOCATS ASSOCIES |
| Boulevard des Philosophes 9 | Boulevard des Tranchées 36 |
| 1205 Genève | 1206 Genève |
| SWITZERLAND | SWITZERLAND |

Today, the Court issues the following order:

Having regard to the divorce proceedings initiated by Charlotte BOUVIER D'YVOIRE,

Having regard to the liquidation of the matrimonial property,

Whereas it is appropriate to determine what the acquests of the parties are and in particular the banking assets held by them on the date the divorce application was filed.

Whereas it is also appropriate to determine if some of the assets shall be added to the acquests, provided that they meet the requirements laid down in Art. 208 CC,

Having regard to the order for the production of documents by foreign third parties, ORTPI/297/2022, dated 14 March 2022,

**For the above reasons,**
**THE COURT:**

Addresses a letter rogatory to the U.S. Department of Justice, Office of International Judicial Assistance, 1100 L Street, NW, Room 8102, Washington, D.C. 20005, United States of America, in order to request the production of documents by third parties, namely:

1. Production by E-TRADE, PO BOX 484, Jersey City, New Jersey 07303-0484, USA, of the bank statements for account <u>No. 6284</u>▮ covering the period from <u>31st December 2018 to 31st December 2020</u> in the name of Olivier BOUVIER D'YVOIRE.

*Certified and complete translation by / Traduction certifiée conforme et complète effectuée par S-M. Sadeghi:* _____

CIV_ORD_TYPE         Court of First Instance         MSA

Page 2

2. Production by CLOUDSIGHT, 5455 Willshire Blvd, suite 1111, Los Angeles, California 90036, USA, of the documents showing the status and profitability in <u>2019</u> and <u>2020</u> of the investments in the name of Olivier BOUVIER D'YVOIRE.

3. Production by QUORUM FEDERAL CREDIT UNION, 2500, Westchester Ave, suite 411, Purchase, New York 10577, USA, of the bank statements for account <u>No. 14705</u>▮ covering the period from <u>1st January 2019 to 31st December 2020</u> in the name of Olivier BOUVIER D'YVOIRE.

4. Production by UBS NY, 709, Westchester Ave, 4th floor, White Plains, New York 10604-31-03, USA, of the bank statements for accounts <u>No. WP B2</u>▮ and <u>No. WP 200</u>▮ covering the period from <u>31st December 2018 to 31st December 2020</u> in the name of Olivier BOUVIER D'YVOIRE.

Hanna VEUILLET-KALA

Judge

This order is transmitted for notification to the parties by the Court Registry on…
And to the competent authority in Washington D.C. on…

*Certified and complete translation by / Traduction certifiée conforme et complète effectuée par S-M. Sadeghi:* ⎯⎯ *[signature]*



République et canton de Genève
**POUVOIR JUDICIAIRE**
Tribunal civil

Genève, date du timbre postal

C/29866/2017 20 PSDF

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
CH - 1211 GENEVE 3

R ‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
R P371 59374 7 CH
Please scan - Signature required
Veuillez scanner - Remise contre signature

**A-PRIORITY**
Avis de réception

U.S. DEPARTMENT OF JUSTICE -
CIVIL DIVISION
Office Internat. Judic. Assist.
1100 L Street, NW, Room 8102
20005 Washington D.C.
ÉTATS-UNIS

Réf : **C/29866/2017** 20 PSDF
ORTPI/299/2022
à rappeler lors de toute communication

## COMMISSION ROGATOIRE CIVILE
## EN VUE DE LA PRODUCTION DE TITRES PAR DES TIERS

Concerne :   Procédure entre Charlotte BOUVIER D'YVOIRE et Olivier BOUVIER D'YVOIRE

Madame la Directrice,

Dans l'intérêt de la procédure mentionnée sous référence, nous vous saurions gré de procéder aux actes d'entraide suivants :

1. la production par E-TRADE, PO BOX 484, Jersey City, New Jersey 07303-0484, des extraits bancaires du compte n° 6284-▮ pour la période allant du 31 décembre 2018 au 31 décembre 2020 au nom de Olivier BOUVIER D'YVOIRE.

2. la production par CLOUDSIGHT, 5455 Willshire Blvd, suite 1111, Los Angeles, Californie 90036, d'un état de la situation et de la rentabilité des investissements en 2019 et en 2020 au nom de Olivier BOUVIER D'YVOIRE.

3. la production par QUORUM FEDERAL CREDIT UNION, 2500, Westchester Ave, suite 411, Purchase New York 10577, des extraits bancaires du compte n° 14705▮ pour la période allant du 1er janvier 2019 et 31 décembre 2020 au nom de Olivier BOUVIER D'YVOIRE.

4. la production par UBS NY, 709, Westchester Ave, 4th floor. White Plains, New York, 10604-31-03, des extraits bancaires des comptes n° WP B2▮ et n° WP 200▮ pour la période allant du 31 décembre 2018 au 31 décembre 2020 au nom de Olivier BOUVIER D'YVOIRE.

D'avance, nous vous remercions de votre collaboration et vous présentons, Madame la Directrice, l'assurance de notre haute considération.

Sandra PITICCHIO
Greffière

Annexe : Ordonnance de Commission rogatoire du 14 mars 2022

République et canton de Genève
**POUVOIR JUDICIAIRE**
Tribunal civil

C/29866/2017 20 PSDF

Tribunal de première instance
Rue de l'Athénée 6-8
Case postale 3736
CH - 1211 GENEVE 3

Réf : **C/29866/2017** 20 PSDF
à rappeler lors de toute communication

### ORDONNANCE DE COMMISSION ROGATOIRE N°ORTPI/299/2022
### DU 14 MARS 2022

**Partie demanderesse**

Madame BOUVIER D'YVOIRE Charlotte
c/o Me BERGER Marie
BRS Berger Recordon & de Saugy
Boulevard des Philosophes 9
1205 Genève

**Partie défenderesse**

Monsieur BOUVIER D'YVOIRE Olivier
c/o Me PIZZI Anik
AVOCATS ASSOCIES
Boulevard des Tranchées 36
1206 Genève

Ce jour, le Tribunal rend l'ordonnance suivante :

Vu la procédure en divorce déposée par Charlotte BOUVIER D'YVOIRE,

Vu les conclusions en liquidation du régime matrimonial,

Qu'il convient d'établir quels sont les acquêts des parties et notamment leurs avoirs bancaires détenus par elles au jour du dépôt de la demande en divorce,

Qu'il convient également de déterminer si certains biens doivent être réunis aux acquêts, car remplissant les conditions de l'art. 208 CC,

Vu l'ordonnance de production de pièces par des tiers étrangers, ORTPI/297/2022, du 14 mars 2022,

**Par ces motifs,**
**LE TRIBUNAL :**

Décerne commission rogatoire auprès du Office of International Judicial Assistance, U.S. Department of Justice, 1100 L Street, NW, Room 8102, Washington, D.C. 20005, United States of America, aux fins de solliciter la production de titres par des tiers, soit :

1. la production par E-TRADE, PO BOX 484, Jersey City, New Jersey 07303-0484, des extraits bancaires du compte n° 6284▮ pour la période allant du 31 décembre 2018 au 31 décembre 2020 au nom de Olivier BOUVIER D'YVOIRE.

2. la production par CLOUDSIGHT, 5455 Willshire Blvd, suite 1111, Los Angeles, Californie 90036, d'un état de la situation et de la rentabilité des investissements en 2019 et en 2020 au nom de Olivier BOUVIER D'YVOIRE.

Page 2

3. la production par QUORUM FEDERAL CREDIT UNION, 2500, Westchester Ave, suite 411, Purchase New York 10577, des extraits bancaires du compte n° 14705█████ pour la période allant du 1er janvier 2019 et 31 décembre 2020 au nom de Olivier BOUVIER D'YVOIRE.

4. la production par UBS NY, 709, Westchester Ave, 4th floor. White Plains, New York, 10604-31-03, des extraits bancaires des comptes n° WP B2█████ et n° WP 200█████ pour la période allant du 31 décembre 2018 au 31 décembre 2020 au nom de Olivier BOUVIER D'YVOIRE.

Hanna VEUILLET-KALA
Juge

La présente ordonnance est communiquée pour notification aux parties par le greffe le  - 8 AVR. 2022
Et à l'autorité compétente de Washington le  - 8 AVR. 2022