UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

IN RE: REQUEST FOR JUDICIAL
ASSISTANCE FROM THE COURT OF
FIRST INSTANCE IN GENEVA,
SWITZERLAND IN THE MATTER OF
CHARLOTTE BOUVIER D'YVOIRE V.
OLIVER BOUVIER D'YVOIRE

CASE NO.

_____/

**[PROPOSED] ORDER**

WHEREAS, the United States, by its counsel, on behalf of the Court of First Instance in Geneva, Switzerland, in *Charlotte Bouvier D'Yvoire v. Oliver Bouvier D'Yvoire*, Foreign Reference Number C/29866/2017, through its Application pursuant to 28 U.S.C. § 1782(a), is seeking to obtain certain information from (1) E*Trade and (2) UBS, for use in connection with a judicial proceeding in the Court of First Instance in Geneva, Switzerland; and

WHEREAS upon review of the Letter of Request issued by the Court of First Instance in Geneva, Switzerland in *Charlotte Bouvier D'Yvoire v. Oliver Bouvier D'Yvoire,* seeking evidence from entities that be found within the jurisdiction of this Court for use in said judicial proceedings in Switzerland, and the Court being fully informed in the premises.

NOW THEREFORE, it is ORDERED AND ADJUDGED, pursuant to the authority contained in Title 28, United States Code Section 1782(a) and Rule 28(a) of the Federal Rules of Civil Procedure that Katerina Ossenova, Senior Trial Counsel for the U.S. Department of Justice, hereby is appointed Commissioner of this Court, to obtain by subpoena the requested evidence from (1) E*Trade and (2) UBS for transmission to the U.S. Department of Justice, Office of Foreign Litigation, Office of International Judicial Assistance, for transmission to the Court of First Instance in Geneva, Switzerland in *Charlotte Bouvier D'Yvoire v. Oliver Bouvier*

*D'Yvoire*; and to do all else that may be necessary for the accomplishment of the purpose of this Order.

IT IS FURTHER ORDERED that the Office of International Judicial Assistance shall provide E*Trade in Jersey City, New Jersey and UBS in Weehawken, New Jersey with a copy of this Order and the accompanying documents.

This the _____ day of _____, 2022.

_____
UNITED STATES DISTRICT JUDGE